■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIE ALEXANDER, Appellant. (Appeal No. 2.)—Judgment unanimously affirmed. Same Memorandum as in *People v Alexander* ([appeal No. 1] 185 AD2d 712 [decided herewith]). (Appeal from Judgment of Onondaga County Court, Burke, J. —Robbery, 3rd Degree.) Present—Boomer, J. P., Pine, Fallon, Davis and Doerr, JJ.